IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RUSSELL GAGE, as Special Administrator of the Estate of Jerry Dayle Gage, <br><br> Plaintiff, <br><br> v. <br><br> POTTAWATOMIE COUNTY PUBLIC SAFETY CENTER TRUST, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. CIV-23-889-PRW |

## THIRD JOINT MOTION TO EXTEND SCHEDULING ORDER DEADLINES

COME NOW the Plaintiff and Defendants and jointly move this Court pursuant to LCvR 6.3 and Fed. R. Civ. P. 16(b)(4) to extend the deadlines remaining in the current Scheduling Order [Dkt. 34] by sixty (60) days accordingly. In support of this Motion, the Parties state as follows:

1. On June 23, 2025, the Court entered its Order resetting the case to the December 2025 trial docket and extending all unexpired deadlines. [Doc. 34].

2. Under the current Scheduling Order, Plaintiff's expert disclosures and reports are due October 2, 2025; Defendants' expert disclosures and reports are due October 11, 2025; dispositive motions are due October 2, 2025; and discovery closes November 1, 2025.

3. As stated in the parties' second joint motion to extend scheduling order deadlines [Doc. 33], discovery remains ongoing, including depositions. A number of depositions of family members and Defendants have been taken or are scheduled. A number of depositions do remain to be taken, including out of state witnesses.

4. In addition, one of the parties, Director Breonna Thompson, is on an extended mission trip and is unavailable until the first part of November.

5. Due to the schedules of counsel and key witnesses, the parties are unable to complete these depositions in sufficient time to incorporate them into potential expert reports and dispositive motions under the current deadlines.

6. Proceeding under the existing schedule would therefore be impractical and would not provide the Court with the benefit of a complete evidentiary record. A modest extension of sixty (60) days will allow the parties to finish necessary depositions, exchange expert reports, and then timely prepare dispositive motions.

7. The parties further request that, for efficiency, the dispositive motion deadline be set after the close of discovery, and that expert disclosures and reports remain due before the discovery cutoff.

8. The individual Defendants are entitled to and do anticipate asserting the defense of qualified immunity. Accordingly, the parties request that the Court not set final pretrial filing deadlines (including motions in limine, trial briefs, proposed jury instructions, voir dire, and the final pretrial report) until after the Court rules on dispositive motions, so that pretrial filings will only be required if necessary for trial.

9. This request is made jointly, in good faith, not for purposes of delay, and will not prejudice any party.

10. Pursuant to this Court's Scheduling Order at Doc. 34, the remaining deadlines are as follows:

| *Event* | *Current Deadline* |
|---|---|
| Plaintiffs to file a final list of expert witness(es) in chief and submit expert reports | October 2, 2025 |
| Defendants to file a final list of expert witness(es) in chief and submit expert reports | October 11, 2025 |
| Plaintiffs to file a final list of witnesses, together with addresses and brief summary of expected testimony where a witness has not already been deposed | October 2, 2025 |
| Defendants to file a final list of witnesses, together with addresses and brief summary of expected testimony where a witness has not already been deposed | October 11, 2025 |
| Plaintiffs to file a final exhibit list | October 2, 2025 |
| Defendants to file objections to Plaintiffs' final exhibit list, under Fed. R. Civ. P. 26(a)(3)(B) | October 16, 2025 |
| Defendants to file a final exhibit list | October 11, 2025 |
| Plaintiffs to file objections to Defendants' final exhibit list, under Fed. R. Civ. P. 26(a)(3)(B) | October 25, 2025 |
| All dispositive motions to be filed | October 2, 2025 |
| Discovery to be completed | November 1, 2025 |
| *Daubert* Motion to be filed | November 1, 2025 |

11. Under the circumstances, as set forth, supra, the parties believe, and urge the Court to find, that there is "good cause" to modify the current Scheduling Order (Dkt. No. 34) in this case as follows. A proposed Order is being submitted with this Motion.

| *Event* | *Proposed Deadline* |
|---|---|
| Plaintiffs to file a final list of expert witness(es) in chief and submit expert reports | December 1, 2025 |
| Defendants to file a final list of expert witness(es) in chief and submit expert reports | December 10, 2025 |

3

| | |
|---|---|
| Plaintiffs to file a final list of witnesses, together with addresses and brief summary of expected testimony where a witness has not already been deposed | December 1, 2025 |
| Defendants to file a final list of witnesses, together with addresses and brief summary of expected testimony where a witness has not already been deposed | December 10, 2025 |
| Plaintiffs to file a final exhibit list | December 1, 2025 |
| Defendants to file objections to Plaintiffs' final exhibit list, under Fed. R. Civ. P. 26(a)(3)(B) | December 15, 2025 |
| Defendants to file a final exhibit list | December 10, 2025 |
| Plaintiffs to file objections to Defendants' final exhibit list, under Fed. R. Civ. P. 26(a)(3)(B) | December 24, 2025 |
| All dispositive motions to be filed | January 7, 2026 |
| Discovery to be completed | December 31, 2025 |
| *Daubert* Motion to be filed | January 7, 2026 |

WHEREFORE, premises considered, the Parties jointly request the Court strike the current Scheduling Order [Dkt. 34] and issue an amended Scheduling Order extending all unexpired deadlines by sixty (60) days consistent with the proposed deadlines provided herein.

4

Respectfully submitted,

s/ Howard T. Morrow
Wellon B. Poe, OBA No. 12440
Howard T. Morrow, OBA No. 32650
COLLINS ZORN & WAGNER, PLLC
429 N.E. 50th Street, Second Floor
Oklahoma City, OK 73105
Telephone: (405) 524-2070
Facsimile: (405) 524-2078
Email: wbp@czwlaw.com;
   htm@czwlaw.com

***Attorneys for Defendants Pottawatomie County Public Safety Center, Breonna Thompson and Brad Baney***


s/ Ronald "Skip" Kelly
Ronald "Skip" Kelly, OBA No. 4976
205 NW 63rd St., Ste. 150
Oklahoma City, OK 73116
Phone: (405) 235-1976
Fax: (405) 286-6316
Email: kellyron01@yahoo.com

Debra K. Hampton, OBA No. 13621
Hampton Law Office, PLLC
3126 S. Blvd., Suite 304
Edmond, OK 73013
Telephone: (405) 250-0966
Email: debbie@hamptonlaw.net

Chanda R. Graham, OBA No. 17809
Chanda Graham, PLLC
300 N.W. 144th Street
Edmond, OK 73013
Telephone: (405) 209-8980
Email: ChandaGPLLC@gmail.com
***Attorneys for Plaintiff***

5

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 5, 2025, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Ronald "Skip" Kelly
205 N.W. 63rd Street, Suite 150
Oklahoma City, OK 73116

Debra K. Hampton
Hampton Law Office, PLLC
3126 S. Blvd., Suite 304
Edmond, OK 73013

Chanda R. Graham
Chanda Graham, PLLC
300 N.W. 144th Street
Edmond, OK 73013
***Attorneys for Plaintiff***

s/ Howard T. Morrow
Howard T. Morrow
