## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

RUSSELL GAGE, as Special )
Administrator of the Estate of Jerry Dayle )
Gage, )
            )     Case No. CIV-23-889-PRW
          Plaintiff, )
v. )
            )
POTTAWATOMIE COUNTY PUBLIC )
SAFETY CENTER TRUST, *et al.*, )
            )
          Defendants. )

## <u>ORDER</u>

Before the Court is the parties' Third Joint Motion to Extend Scheduling Order Deadlines (Dkt. 37). The parties request an extension of the deadlines in the previous Order extending deadlines (Dkt. 34). This is the parties' third such request.

Upon review of the filing, and for good cause shown, the Court **GRANTS** the Motion (Dkt. 37); **STRIKES** the case from the Court's December 2025 Trial Docket; **RESETS** the case on the Court's March 2026 Trial Docket;[1] and **ORDERS** the remaining deadlines extended as set forth below:

---

[1] While the parties did not move to strike the case from the December docket, the proposed deadlines require doing so. The Court accordingly adjusted various other deadlines.

| FILINGS | DEADLINES |
|---|---|
| Plaintiff's Final List of Expert Witnesses and Expert Reports | 12/01/2025 |
| Defendants' Final List of Expert Witnesses and Expert Reports | 12/10/2025 |
| Plaintiff's Final List of Witnesses | 12/01/2025 |
| Defendants' Final List of Witnesses | 12/10/2025 |
| Plaintiff's Final Exhibit List | 12/01/2025 |
| Defendants' Final Exhibit List | 12/10/2025 |
| Defendants' Objections to Plaintiff's Final Exhibit List | 12/15/2025 |
| Plaintiff's Objections to Defendants' Final Exhibit List | 12/24/2025 |
| Discovery to be Completed | 12/31/2025 |
| Daubert Motions | 01/07/2026 |
| Dispositive Motions | 01/07/2026 |
| Designation of Deposition Testimony | 02/19/2026 |
| Objections and Counter-Designations Due | 02/26/2026 |
| Objections to Counter-Designations Due | 03/05/2026 |
| Motions *in limine* | 02/19/2026 |
| Response to Motions *in limine* | 02/26/2026 |
| Requested Voir Dire | 02/19/2026 |
| Objection to Requested Voir Dire | 02/26/2026 |
| Trial briefs | 02/19/2026 |
| Objections to Trial Brief | 02/26/2026 |

| | |
|---|---|
| Requested Jury Instructions and Proposed Verdict Forms | 02/19/2026 |
| Objections to Requested Jury Instructions and Proposed Verdict Forms | 02/26/2026 |
| Proposed Findings of Fact and Conclusions of Law | 02/19/2026 |
| Final Pretrial Report | 02/19/2026 |
| Trial | March 2026 |

**IT IS SO ORDERED** this 8th day of September 2025.


_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE