IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RUSSELL GAGE, as Special Administrator of the Estate of Jerry Dayle Gage,<br><br>Plaintiff,<br><br>v.<br><br>POTTAWATOMIE COUNTY PUBLIC SAFETY CENTER TRUST, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)   Case No. CIV-23-889-PRW<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Before the Court is the Parties' Joint Motion to Continue Settlement Conference. (Doc. 39). Upon consideration, the Motion is **GRANTED** and the Settlement Conference, presently set for September 23, 2025, is **STRICKEN** and reset to February 5, 2026, at 10:00 a.m. Settlement Conference statements are due January 29, 2025, by 5:00 p.m.

ENTERED this 9th day of September, 2025.

_Amanda L. Maxfield_
AMANDA L. MAXFIELD
UNITED STATES MAGISTRATE JUDGE