**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| RUSSEL GAGE, as Special Administrator for the Estate of Jerry Dayle Gage, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. CIV-23-889-PRW |
| POTTAWATOMIE COUNTY PUBLIC SAFETY CENTER TRUST, et al., | ) ) ) | |
| Defendants. | ) | |

## ORDER

Before the Court is the parties' Fourth Joint Motion to Extend Scheduling Order Deadlines (Dkt. 41). The parties seek to continue this case to the Court's May 2026 Trial Docket and a corresponding extension of all unexpired deadlines set forth in the previous Order (Dkt. 38) granting parties' Joint Motion for Extension of Scheduling Order Deadlines (Dkt. 35). This is the parties' fourth such extension request. Upon review of the filing, and for good cause shown, the Court **GRANTS** the Motion (Dkt. 41); **STRIKES** the case from the Court's March 2026 Trial Docket; **RESETS** the case on the Court's May 2026 Trial Docket; and **ORDERS** the remaining deadlines extended as set forth below:

| FILINGS | DEADLINES |
|---|---|
| Plaintiff's Final List of Expert Witnesses and Expert Reports | 02/01/2026 |
| Defendant's Final List of Expert Witnesses and Expert Reports | 02/10/2026 |
| Plaintiff's Final List of Witnesses | 02/01/2026 |
| Defendant's Final List of Witnesses | 02/10/2026 |

1

| | |
|---|---|
| Plaintiff's Final Exhibit List | 02/01/2026 |
| Defendant's Objections to Plaintiff's Final List of Exhibits | 02/15/2026 |
| Defendant's Final Exhibit List | 02/10/2026 |
| Plaintiff's Objections to Defendant's Final List of Exhibits | 02/24/2026 |
| Dispositive Motions | 03/07/2026 |
| Discovery to be completed | 02/28/2026 |
| *Daubert* Motions | 03/07/2026 |
| Designations of Deposition Testimony | 02/19/2026 |
| Objections and Counter-Designations Due | 02/26/2026 |
| Objections to Counter-Designations Due | 03/05/2026 |
| Motions *in limine* | 04/19/2026 |
| Response to Motions *in limine* | 04/26/2026 |
| Requested Voir Dire | 04/19/2026 |
| Objection/Response to Requested Voir Dire | 04/26/2026 |
| Trial briefs | 04/19/2026 |
| Objections/Response to Trial Brief | 04/26/2026 |
| Requested Jury Instructions and Proposed Verdict Forms | 04/19/2026 |
| Objection/Response to Requested Jury Instructions and Proposed Verdict Forms | 04/26/2026 |
| Proposed Findings of Fact and Conclusions of Law | 04/19/2026 |
| Final Pretrial Report | 04/19/2026 |
| Trial | May 2026 |

**IT IS SO ORDERED** this 5th day of December 2025.

_____

PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE

2