**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| RUSSELL GAGE, as Special Administrator of the Estate of Jerry Dayle Gage, | ) ) ) |
| Plaintiff, | ) ) |
| v. | )    CASE NO.: CIV-23-889-PRW ) |
| POTTAWATOMIE COUNTY PUBLIC SAFETY CENTER TRUST, an Oklahoma Title 60 authority, *et al.* | ) ) ) ) |

**NOTICE TO TAKE DEPOSITION**

TO:   Breonna Thompson
c/o Wellon B. Poe
COLLINS ZORN & WAGNER, PLLC
429 N.E. 50th Street, Second Floor
Oklahoma City, OK 73105

You are hereby notified that Plaintiff, Russell Gage will take the deposition noted of Breonna Thompson on May 14, 2026, at 9:30 a.m., at Word for Word Reporting, 620 N. Robinson Ave., Suite 202, Oklahoma City, Oklahoma.

This deposition will be taken upon oral examination before a qualified court reporter at the location noted, recorded by stenographic means, may be recorded by videographer, and will continue from day to day until completed. The deposition is being taken for use at trial, as well as for all other purposes as permitted by law. You are compelled to attend and be examined.

Dated this 22nd day of April 2026.

By:/s/ Ronald "Skip" Kelly
RONALD "SKIP" KELLY, OBA #4937
3030 NW Expressway, Suite 809
Oklahoma City, OK 73112
Phone: (405) 235-1976
Fax: (405) 768-3254
Email: kellyron01@yahoo.com
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of April 2026, I served a true and correct copy of the above pleading, by facsimile and regular U.S. Mail with postage fully prepaid to the following counsel of record:

Wellon B. Poe
COLLINS ZORN & WAGNER, PLLC
429 N.E. 50th Street, Second Floor
Oklahoma City, OK 73105

/s/ Ronald "Skip" Kelly
Ronald "Skip" Kelly