**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

RUSSEL GAGE, as Special Administrator )
for the Estate of Jerry Dayle Gage, )
)
Plaintiff, )
)
v. ) Case No. CIV-23-889-PRW
)
POTTAWATOMIE COUNTY PUBLIC )
SAFETY CENTER TRUST, et al., )
)
Defendants. )

**ORDER**

Before the Court is Plaintiff's Sixth Motion to Extend Scheduling Order Deadlines (Dkt. 68). Plaintiff seeks to continue this case to the Court's December 2026 Trial Docket and a corresponding extension of all unexpired deadlines set forth in the previous Scheduling Order (Dkt. 53). This is Plaintiff's sixth such request for extension. Plaintiff also seeks relief related to a variety of discovery disputes.

Defendants filed a Response (Dkt. 70), indicating that they do not oppose an extension of any outstanding deadlines.

Upon review of the filing, and for good cause shown, the Court **GRANTS** the Motion (Dkt. 68) **IN PART**; **STRIKES** the case from the Court's August 2026 Trial Docket; **RESETS** the case on the Court's December 2026 Trial Docket; and **ORDERS** the remaining deadlines extended as set forth below:

| **FILINGS** | **DEADLINES** |
| --- | --- |
| Discovery to be completed | 08/27/2026 |
| Motions to Compel | 09/03/2026 |
| Plaintiff's Supplemental Expert Disclosures | 09/10/2026 |
| Defendants' Supplemental Expert Disclosures | 09/24/2026 |
| *Daubert* Motions | 10/01/2026 |
| Dispositive Motions | 10/01/2026 |
| Designations of Deposition Testimony | 10/20/2026 |
| Objections and Counter-Designations Due | 10/27/2026 |
| Objections to Counter-Designations Due | 11/04/2026 |
| Motions *in limine* | 11/18/2026 |
| Response to Motions *in limine* | 11/25/2026 |
| Requested Voir Dire | 11/18/2026 |
| Objection/Response to Requested Voir Dire | 11/25/2026 |
| Trial briefs | 11/18/2026 |
| Objections/Response to Trial Brief | 11/25/2026 |
| Requested Jury Instructions and Proposed Verdict Forms | 11/18/2026 |
| Objection/Response to Requested Jury Instructions and Proposed Verdict Forms | 11/25/2026 |
| Proposed Findings of Fact and Conclusions of Law | 11/18/2026 |
| Final Pretrial Report | 11/18/2026 |
| Trial | December 2026 |

The Court further **DENIES** the Motion (Dkt. 68) **IN PART** as to Plaintiff's request for an order to compel the production of discovery materials. Plaintiff failed to certify that the parties have complied with Local Civil Rule 37.1's meet-and-confer requirements. Additionally, Plaintiff has not complied with Local Civil Rule 7.1(c), which requires each motion to be a separate document.

Finally, because discovery remains open and the parties' deadlines to provide final expert disclosures are not until September, the Court **DENIES WITHOUT PREJUDICE** Plaintiff's Motion to Exclude or Limit the Testimony of Dr. Richard Hough Under Federal Rule of Evidence 702 (Dkt. 51), filed on February 17, 2026. Plaintiff may renew his Motion (Dkt. 51) once the scope of expert testimony expected to be offered at trial has been clarified..

**IT IS SO ORDERED** this 27th day of May 2026.



PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE