IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RUSSELL GAGE, as Special Administrator of the Estate of Jerry Dayle Gage, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. CIV-23-889-PRW |
| POTTAWATOMIE COUNTY PUBLIC SAFETY CENTER TRUST, *et al.*, ) ) ) | |
| Defendants. ) | |

## DEFENDANTS' OBJECTIONS TO PLAINTIFF'S FINAL EXHIBIT LIST

Pursuant to Fed. R. Civ. P. 26 and the Court's Order [Dkt. 71], Defendants

Pottawatomie County Public Safety Center Trust; Breonna Thompson, individually; and

Brad Baney, individually and in his official capacity ("Defendants"), submit the following

as their Objections to Plaintiff's Final Exhibit List [Dkt. 73]:

| No. | Plaintiff's Description | Objection |
|---|---|---|
| 1. | All Pottawatomie County Public Safety Center records concerning Jerry Dayle Gage, including intake, booking, classification, housing, movement, medical, mental-health, observation, incident, watch, transport, and communication records. | |
| 2. | All Pottawatomie County Public Safety Center records concerning Blake Dillian Trojanowski, including intake, booking, classification, housing, movement, mental health, competency, disciplinary, suicide-watch, incident, observation, and communication records. | |
| 3. | All jail records concerning the housing and classification of Jerry Gage and Blake Trojanowski in East Satellite / Q-Pod / Cell 2, including movement logs, cell-assignment records, rosters, pod records, shift logs, watch logs, and officer notes. | |

| 4. | All records showing the movement of Jerry Gage from Q-Pod Cell 5 to Q-Pod Cell 2, including the identity of any officer, supervisor, or staff member who approved, directed, participated in, or documented the move. | |
|---|---|---|
| 5. | All records concerning the assault of Jerry Gage by Blake Trojanowski, including incident reports, supplemental reports, statements, officer narratives, photographs, videos, audio recordings, intercom/speaker communications, radio traffic, and internal communications. | Relevance<br>Hearsay<br>Hearsay within hearsay<br>FRE 401, 402, 802, 805 |
| 6. | OSBI Case Master Report, Case Initiation Report, and related investigative materials for OSBI Case No. OSBI2022-222, including DDR 5, 040–060 / OSBI-SDT 001–021. | Hearsay within hearsay<br>FRE 801, 802, 805 |
| 7. | OSBI interview report and audio recording of Devan Nathaniel Johnson. | Hearsay<br>Not a proper exhibit<br>FRE 802, 804 |
| 8. | OSBI interview report and audio recording of Bruce Alan Pulver. | Hearsay<br>Not a proper exhibit<br>FRE 802, 804 |
| 9. | OSBI reports reflecting communications between Special Agent Meghan Bowman and Bobby Thompson. | Relevance<br>Hearsay<br>FRE 402, 801, 802 |
| 10. | OSBI evidence logs, evidence-disposition records, and delivery/transfer records showing delivery of OSBI reports and audio recordings to PCPSC. | Relevance<br>FRE 402 |
| 11. | Any receipt or acknowledgment signed by Mary Baney or PCPSC personnel for OSBI reports, audio recordings, or investigative materials. | Relevance<br>FRE 402 |
| 12. | Bobby Thompson's reports and investigative materials concerning the assault of Jerry Gage by Blake Trojanowski. | Hearsay<br>Hearsay within hearsay<br>FRE 802, 805 |
| 13. | Any report, statement, confession, or summary reflecting Blake Trojanowski's admission that he punched, kicked, beat, or assaulted Jerry Gage. | Hearsay<br>Hearsay within hearsay<br>FRE 802, 805 |
| 14. | All video, surveillance, pod-camera, hallway-camera, booking-camera, body-camera, dash-camera, or other visual recordings depicting Jerry Gage, Blake Trojanowski, Q-Pod, East Satellite, Cell 2, Cell 5, the assault scene, officer response, medical response, or transport. | |

| 15. | All audio recordings, intercom recordings, radio traffic, phone recordings, dispatch recordings, or facility communications concerning Jerry Gage, Blake Trojanowski, the assault, officer response, or medical response. | Relevance<br>FRE 402<br>Objections reserved until more detail is provided |
|---|---|---|
| 16. | Photographs of Jerry Gage, the cell, the pod, the assault scene, injuries, blood evidence, bedding, clothing, restraints, property, or other physical evidence. | Relevance<br>Unfairly prejudicial<br>FRE 402, 403 |
| 17. | Medical records concerning Jerry Dayle Gage, including ambulance, emergency, trauma, hospital, surgery, ICU, life-support, neurology, radiology, and end-of-life records. | |
| 18. | Medical Examiner records concerning Jerry Dayle Gage, including autopsy report, investigative report, cause/manner-of-death findings, photographs, diagrams, toxicology, and related documents. | Hearsay<br>Hearsay within hearsay<br>FRE 802, 805 |
| 19. | Oklahoma City Police Department records concerning the January 12, 2022, arrest of Jerry Gage, including arrest report, officer narratives, warrant materials, body-camera footage, dash camera footage, and records reflecting Mr. Gage's physical or mental condition. | Failure of Plaintiff to previously identify or provide in discovery |
| 20. | Skyview Nursing Center or related medical/residential records concerning Jerry Gage, to the extent admissible, showing Mr. Gage's age, physical condition, mental condition, vulnerability, or known medical needs before detention. | Relevance<br>FRE 402 |
| 21. | Court records concerning Jerry Gage's underlying warrant / failure-to-appear case, including documents showing the basis for custody and pretrial-detainee status. | |
| 22. | Court records concerning Blake Trojanowski's criminal case, including charges for assault and battery on a police officer, competency orders, mental-health competency evaluation orders, re-evaluation orders, commitment orders, and any records showing known violent or mental-health risk. | Relevance<br>FRE 402, 404 |
| 23. | All criminal history records, booking records, incident records, disciplinary records, or classification records concerning Blake Trojanowski known to or available to PCPSC personnel before Mr. Gage was housed with him. | Objection reserved until fully identified by Plaintiff |

| 24. | All PCPSC policies, procedures, manuals, post orders, operating rules, training materials, and written directives concerning inmate classification, cell assignment, mental-health placement, suicide watch, violent inmates, pretrial detainees, elderly/vulnerable inmates, medical observation, officer checks, supervision, incident reporting, and emergency response. | |
| 25. | All PCPSC policies, procedures, manuals, post orders, operating rules, training materials, and written directives concerning use of Q-Pod, East Satellite, trustee/work-release housing, general population placement, and separation of violent or mentally ill detainees. | |
| 26. | Personnel, application, background, training, certification, disciplinary, and employment records for Austin Magers, including DDR 10, 001–041. | Relevance FRE 402 |
| 27. | Personnel, application, background, training, certification, disciplinary, and employment records for Bette Merritt, including DDR 10, 042–071. | Relevance FRE 402 |
| 28. | Personnel, application, background, training, certification, disciplinary, and employment records for Austin Roof, including DDR 10, 072–099. | Relevance FRE 402 |
| 29. | Personnel, application, background, training, certification, disciplinary, and employment records for Alexandria Fierro, including DDR 10, 100–193. | Relevance FRE 402 |
| 30. | Personnel, application, background, training, certification, disciplinary, and employment records for Brad Baney, including DDR 10, 194–441. | |
| 31. | Training records for all detention officers, supervisors, and administrators involved in Jerry Gage's custody, classification, housing, supervision, incident response, or assault investigation. | Relevance FRE 402 |
| 32. | Disciplinary records, complaints, corrective actions, performance evaluations, internal investigations, or adverse-employment records concerning involved detention officers or supervisors, to the extent relevant to training, supervision, credibility, notice, pattern, practice, custom, or impeachment. | Relevance FRE 402 |

| 33. | Records concerning prior inmate assaults, inmate deaths, classification failures, suicide-watch issues, mental-health placement issues, use-of-force incidents, or failure-to-protect incidents at PCPSC, to the extent relevant to notice, deliberate indifference, policy, custom, practice, training, supervision, or Monell liability. | Relevance FRE 402, 406 |
|---|---|---|
| 34. | Records concerning staffing levels, shift assignments, officer posts, pod checks, head counts, rounds, and supervision for March 13-14, 2022. | Relevance FRE 402 |
| 35. | Records showing any physical site checks, observation checks, or failure to perform checks between 1600 and 1700 hours on March 14, 2022. | Relevance FRE 402 |
| 36. | Records concerning the call, alert, intercom communication, or statement by Blake Trojanowski that he had beaten his cellmate. | |
| 37. | Ambulance, EMS, transport, and emergency-response records concerning Jerry Gage following the assault. | |
| 38. | Records concerning PCPSC's communication with Jerry Gage's family after the assault and before/after his death. | Relevance Hearsay FRE 402, 802 |
| 39. | Letters of Administration / probate records establishing Russell Gage's authority as Special Administrator of the Estate of Jerry Dayle Gage. | |
| 40. | Notice of Tort Claim and related governmental-tort-claim correspondence. | Relevance FRE 402 |
| 41. | Plaintiff's Second Amended Complaint and pleadings in this case, to the extent admissible for procedural history, notice, judicial admission, impeachment, or other permitted purpose. | Relevance Not a proper exhibit FRE 402 |
| 42. | Defendants' answers, discovery responses, interrogatory answers, requests for admission responses, and document production responses. | Improper exhibit |
| 43. | Deposition transcripts and deposition exhibits of all parties, detention officers, supervisors, administrators, investigators, medical witnesses, and records custodians. | Improper exhibit |
| 44. | Any expert reports, expert exhibits, demonstratives, charts, timelines, summaries, or Rule 1006 summaries concerning classification, housing, staffing, training, supervision, damages, medical causation, or constitutional violations. | Relevance Hearsay FRE 402, 801, 802 |

| 45. | Charts, diagrams, timelines, maps, pod layouts, cell diagrams, housing diagrams, and demonstrative exhibits concerning Q-Pod, Cell 2, Cell 5, East Satellite, officer stations, sightlines, and the timeline of events. | Objection reserved until produced by Plaintiff |
|---|---|---|
| 46. | Damages exhibits, including funeral expenses, medical expenses, loss-of-life damages, grief/loss damages, estate damages, and any other wrongful-death or survivorship damages. | Objection reserved until produced by Plaintiff |
| 47. | All exhibits identified by Defendants and not specifically objected to by Plaintiff. | |
| 48. | All exhibits necessary for impeachment, rebuttal, authentication, foundation, refreshing recollection, or responding to defenses raised by Defendants. | |
| 49. | Any additional exhibits identified through continuing discovery, supplementation, depositions, motions practice, pretrial disclosures, or Court order. | |

Respectfully submitted,


s/ Wellon B. Poe
Wellon B. Poe, OBA No. 12440
COLLINS ZORN & WAGNER, PLLC
429 N.E. 50th Street, Second Floor
Oklahoma City, OK  73105
Telephone:    (405) 524-2070
Facsimile:    (405) 524-2078
Email:        wbp@czwlaw.com

***ATTORNEY FOR DEFENDANTS
POTTAWATOMIE COUNTY PUBLIC
SAFETY CENTER TRUST;
BREONNA THOMPSON, individually,
AND BRAD BANEY; individually and
in his official capacity***

6

**CERTIFICATE OF SERVICE**

I hereby certify that on June 11, 2026, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Ronald "Skip" Kelly
205 N.W. 63rd Street, Suite 150
Oklahoma City, OK 73116

Debra K. Hampton
Hampton Law Office, PLLC
3126 S. Blvd., Suite 304
Edmond, OK 73013

Chanda R. Graham
Chanda Graham, PLLC
300 N.W. 144th Street
Edmond, OK 73013

***Attorneys for Plaintiff***

s/ Wellon B. Poe
Wellon B. Poe